# CRIMINAL APPEALS – CERTIFICATE
## To Be Filed with Court of Appeals
### TRIAL COURT NO.: B09-09

STATE OF TEXAS

Vs.

Margaret Jane Griffith

FILED IN
IN THE DISTRICT 4th COURT OF APPEALS
SAN ANTONIO, TEXAS
198th JUDICIAL DIST. 06/12/2015 3:00:04 AM
KEITH E. HOTTLE
OF KERR COUNTY, TEXAS Clerk

1. Date Notice of Appeal filed in Trial Court:   May 15th, 2015

2. Has a motion for new trial been filed:   X   Yes _____No   Date Filed:_____

   Will a motion for new trial be filed:   _____Yes _____No   X  (Unknown)

3.  Date of Judgment signed:  April 20th, 2015

4. The Honorable:  M. Rex Emerson presided at trial.

5. The Defendant is represented by: M. Patrick Maguire, Bar No. 24002515
327 Earl Garrett Ste 103, Kerrville, Tx 78028   Phone: 830-895-2590

6. The State is represented by: Scott Monroe Bar No.14272700
402 Clearwater Paseo, Ste. 500, Kerrville, Tx 78028  Phone: 830-315-2460

7. Defendant's Counsel is _____Retained   X  Appointed _____Pro se

8. Defendant was convicted in this court of the offense of: Delivery of a Controlled Substance Penalty Group One – 1-4 GR. Enhanced and Habitual

9. Name & Address of Court Reporter:  Paula Beaver, PO Box 233, Comfort, Tx 78013

10. The trial was before the Court: Without a Jury  X   , A Jury on both Guilt & Punishment_____,
A Jury on Punishment Only _____, A Jury on Guilt Only_____.

11. Sentence was imposed/suspended on: April 20th, 2015  Punishment assessed: 40 Years in the Institutional Division-TDCJ

Witness my hand this the 12th day of June, 2015.

Robbin Burlew
Kerr County District Clerk

By_____ Deputy
Tammy Marquart

FILED _Nov 15_ 20_15_
@ _4:18_ _P_ M
ROBBIN BURLEW
District Clerk, Kerr County, TX
By _____ Deputy

NO. B09-09

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 198TH JUDICIAL DISTRICT |
| | § | |
| MARGARET GRIFFITH | § | KERR COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Margaret Griffith, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Margaret Griffith.

Respectfully submitted,

M. PATRICK MAGUIRE, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By: _____
M. Patrick Maguire
State Bar No. 24002515
mpmlaw@ktc.com
Attorney for Margaret Griffith

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kerr County, 402 Clearwater Paseo, Suite 500, Kerrville, Texas 78028, by facsimile transmission to (830) 315-2461.

_____
M. Patrick Maguire

CAUSE NO. B09-09

THE STATE OF TEXAS                    §        IN THE DISTRICT COURT

VS.                                   §        198TH JUDICIAL DISTRICT

MARGARET JANE GRIFFITH               §        KERR COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify this criminal case:

___✓___ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

_____ is a plea-bargain case, and the defendant has **NO** right of appeal. [*or*]

_____ the defendant has waived the right of appeal.

_____        _____
Judge Presiding                                   Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Appeals. Tex. R. App. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
Defendant                                        Defendant's Counsel
Mailing address:                                 State Bar of Texas identification number:
Telephone number:                               Mailing address:
Fax number (if any):                             Telephone number:
                                                  Fax number (if any):

FILED April 23 2015
@ 1:40 P M
_____ BURLEW
_____ Kerr County, TX
Alicia Peña Deputy

Cause No. B09-09

| THE STATE OF TEXAS | § | IN THE 198TH JUDICIAL |
| V. | § | DISTRICT COURT OF |
| **MARGARET JANE GRIFFITH** | § | KERR COUNTY, TEXAS |

ADJUDICATION OF GUILT;
SENTENCE TO **Institutional Division, TDCJ**

FILED April 23 20 15
@ 1:40 P M

ROBBIN PURLEW
District Clerk, Kerr County, TX
BY _____ Deputy

| | |
|---|---|
| DATE OF JUDGMENT: | April 20, 2015 |
| JUDGE PRESIDING: | M. REX EMERSON |
| ATTORNEY FOR THE STATE: | SCOTT F. MONROE |
| ATTORNEY FOR THE DEFENDANT: | PERRY CORTESE |
| OFFENSE: | DELIVERY OF A CONTROLLED SUBSTANCE PENALTY GROUP ONE – 1-4 GR. ENHANCED AND HABITUAL |
| STATUTE FOR OFFENSE: | Article 481.112©, Section , Health and Safety Code |
| DEGREE OF OFFENSE: | First Degree Felony |
| APPLICABLE PUNISHMENT RANGE (Including enhancements if any): | Habitual Offender (25-99 yrs or life in prison) |
| DATE OF OFFENSE: | SEPTEMBER 25, 2009 |
| DATE OF COMMUNITY SUPERVISION ORDER: | NOVEMBER 2, 2009 |
| CHARGING INSTRUMENT: | Indictment |
| TERMS OF PLEA AGREEMENT (IN DETAIL): | NONE |
| PLEA TO MOTION TO ADJUDICATE: | True |
| FINDING AS TO ALLEGATIONS IN MOTION TO ADJUDICATE: | True |
| CONDITIONS OF COMMUNITY SUPERVISION VIOLATED (as set out in the **motion to adjudicate**): | As set out in State's Exhibit A |
| AFFIRMATIVE FINDING ON DEADLY WEAPON | Not Applicable |
| OTHER AFFIRMATIVE SPECIAL FINDINGS : | Drugs/alcohol affected this crime |
| DATE SENTENCE IMPOSED: | APRIL 20, 2015 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | 40 years in the Institutional Division-TDCJ, |
| TIME CREDITED TO SENTENCE: | 296 days |
| COURT COSTS: | $ 80 |
| TOTAL AMOUNT OF RESTITUTION: | $ |
| NAME AND ADDRESS FOR RESTITUTION: | |

DOB: 08/05/1964          SS#: 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          SID#: tx 03720700

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the Defendant entered a plea of Guilty to the offense stated above and was granted a deferred adjudication in the above numbered and styled cause. The Defendant was placed on community supervision as stated above, subject to the conditions of supervision set out in the order in this cause. Thereafter, and during the period of supervision, the State filed a motion to adjudicate in this cause, alleging that the Defendant had violated conditions of supervision set out in said order.

On the date stated above, the above numbered and entitled cause was regularly reached and called for a hearing on the motion to adjudicate, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for the hearing, and the Defendant, Defendant's attorney, and the Defendant waived the reading of the motion to adjudicate, and, upon being asked by the Court as to how the defendant pleaded, entered a plea of True to the allegations in the motion to revoke.

Adjudication of Guilt; Direct Sentence; Page 1 of 2 Pages

Thereupon, the Defendant was admonished by the Court of the consequences of the plea; it appeared to the Court that the Defendant was competent and that the defendant was not influenced in making said plea by any consideration of fear or by an persuasion prompting said plea; and the Court received the free and voluntary plea, which is now entered of record in the minutes of the court. The Court, after hearing all of the evidence for the State and the Defendant and arguments of counsel, was of the opinion and found that the Defendant violated the conditions of community supervision as stated above.

The Court then adjudicated the Defendant guilty of the offense stated above and found the offense was committed on the date stated above. A pre-sentence investigation report was not required or done. After hearing additional evidence on the issue of punishment, if any, the Court then assessed punishment as stated above.

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence. The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

Signed on the 20th day of April, 2015.

M. REX EMERSON, JUDGE PRESIDING

Defendant's right thumbprint



